IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WILFREDO IRIZARRY PAGAN
LUZ ENEIDA MORALES LOPEZ

DEBTORs

CASE NO. 14-07017 EAG

CHAPTER 7

**NOTICE OF INTENT TO SELL DEBTOR'S INVENTORY AND VEHICHLES**

TO THE HONORABLE COURT:

Noemí Landrau Rivera, Chapter 7 Trustee in the present case, represents that she will sell at private sale the following property of Debtor's estate as describe below:

**Hardware Store Inventory & Supplies, Equipment, Furnishings as listed in Exhibits of Schedule B of Debtor's petition.** See attached lists filed with this notice

Vehicles:  1986 Ford F 600
1980 Ford Truck
1997 Ford Ranger
1996 Ford F Super Duty
1999 F 450 Super Duty
1999 Ford F 350
1996 Ford Conventional Truck LNT 9000
1991 Caterpillar 910
1978 Kenwood Truck and Towing Platform

Equipment has not been used and has been in storage for more than 1 year. Purchase to be made "where is and as is".

The undersigned Trustee represents that she has received a firm offer from Noel A. Sosa Salinas for the amount of $28,000.00 for the purchase of the above named property to be bought "as is" and "where is". The property object of this sale is located at premises belonging to Wilfredo Irizarry Pagan located at Carr. 65th Infantry, Lajas, Puerto Rico.

The Trustee considers the offer a fair and beneficial offer and hereby represents that the sale of property proposed in notice of sale is in the best interest of the estate. Sale shall be completed according to the following:

1. Sale shall be free and clear of liens and claims of interest; such liens or claims of interest, if any, shall attach to proceeds. See 11 U.S.C. § 363 (f).

2. In the event that any party objects to this sale or that a better firm offer is received within the prescribed period of twenty-one days with good faith deposit of $35,000.00 delivered to undersigned Trustee, an auction will be conducted to allow for public bidding of this property on January 14th, 2013 at 12:30 pm at 341 meeting room, Ochoa Building, 500 Tanca Street, First Floor, San Juan, Puerto Rico . The minimum amount to be considered as a better offer shall be $35,000.00.

3. In the event that a public auction is conducted for the sale of this property on the time and date detailed herein, the sale will be adjudicated to the highest bidder, except when the trustee, at her sole discretion, rejects any bid that does not comply with this notice or does not represent a fair price for the property to be sold. Payment of the purchase price shall be made by Buyer to Trustee in certified check made to Chapter 7 Trustee Noemí Landrau Rivera immediately upon adjudication of the sale. The auction may be conducted as to allow for bidding on the property at the sole discretion of the trustee. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and buyers.

4. Unless a party in interest files a written objection with a copy thereof served to Trustee or better firm offer is received within TWENTY-ONE (21) DAYS from the

date of this Notice, the Trustee will complete the sale contemplated herein and adjudicate the sale to the best firm offer or, being at this time Noel A. Sosa Salinas, upon the terms herein set forth.

5. Sale is made "as is" and "where is" without warranty of any kind. All risks of loss shall pass to the Buyer upon adjudication of the sale by the Trustee. Upon completion of sale of the property, the prevailing buyer waives, releases and hold harmless Trustee, the estate, and the creditors participating in this sale of any claims, damages or assessments on this transaction.

6. Buyer shall take possession of the acquired property immediately upon full payment of the purchase price and upon the expiration of the twenty-one days set forth in this notice. Failure to pay the full price on the property as and when provided herein shall entitle the trustee to void the sale.

**NOTICE IS HEREBY GIVEN** that, unless a party in interest files a written objection, with a copy thereof severed to the trustee, within TWENTY ONE (21) DAYS from the date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale upon the terms herein set forth. Should a timely objection be filed, a hearing of such objection will be scheduled by the Court.

**I HEREBY CERTIFY THAT**: copy of this private sale has been filed using the Court's ECF/ECM electronic filing system which will automatically notify all of its participants including the **Office of the U.S. Trustee**, and counsel for debtor Elbia A. Vazquez Davila at leydequiebraspr@gmail.com and by depositing true and exact copies thereof in the US regular mail, to Debtors at PO Box 117, Lajas, PR 00667.

**I FURTHER CERTIFY THAT**: Copy of this private sale with all the Exhibits has been hand delivered to: United States Trustee's Office at Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico 00901-1922;

**I FURTHER CERTIFY THAT**: A copy of this Notice will be posted on the Bulletin Board at the Bankruptcy Court after the original with all the Exhibits are filed with the Clerk's Office.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22nd day of December, 2014.

>*/s/ Noemí Landrau Rivera*
>Chapter 7 Trustee
>PO Box 270219
>San Juan, PR 00927-0219
>Tel. 787-774-0224
>Fax: 787-793-1004
>nlandrau@landraulaw.com



















# BANCO POPULAR

PO Box 362708 San Juan, Puerto Rico 00936-2708
Aguadilla Mall

**OFICIAL CHECK**
**CUSTOMER RECEIPT AND AGREEMENT**

Payee: LCDA NOEMI LANDRAU RIVERA
CHAPTER 7 TRUSTEE

Check No. 103138300006259

Date: 12/18/2014

Remmitter: NOEL A SOSA-SALINAS

| | |
|---|---|
| Amount: | $28,000.00 |
| Fee: | $10.00 |
| Total: | $28,010.00 |

385 PR40169 0058 12/18/2014 10:17 BankChecksCHCK

**NOTICE TO CUSTOMERS:**
You usually cannot stop payment of the attached check after you send it to the payee. If it is lost, stolent, or destroyed, notify Source Bank immediately. You may be required to buy an indemnity or surely bond before a replacement or refund is issued.

CHK-001 / 05-06

---

THIS DOCUMENT HAS A VOID PANTOGRAPH - BORDER CONTAINS MICROPRINTING AND A TRUE WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

# BANCO POPULAR

PO Box 362708 San Juan, Puerto Rico 00936-2708
Aguadilla Mall

**OFFICIAL CHECK** 101-201 215

Check No. 103138300006259

Date: 12/18/2014

PAY: TWENTY EIGHT THOUSAND DOLLARS AND 00/100

$28,000.00

Over $25,000.00 Two Signature Required.

TO THE ORDER OF: LCDA NOEMI LANDRAU RIVERA
CHAPTER 7 TRUSTEE

_Authorized Signature_
_Authorized Signature_

REMITER: NOEL A SOSA-SALINAS
FDIC Member and Federal Reserve System

⑈383000 6259⑈ ⑆021502011⑇ 000⑈010316⑈

RECEIVED
DEC 19 2014

Receipt log
12-19-14
NLR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-2<br>Case 14-07017-EAG7<br>District of Puerto Rico<br>Ponce<br>Mon Dec 22 10:46:58 AST 2014 | Banco Popular PR - Special Loans<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | COMERCIAL DON BENJA INC<br>BIAGGI BUSQUETS & MARI ROCA<br>PO BOX 1589<br>MAYAGUEZ, PR 00681-1589 |
| UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 | US Bankruptcy Court District of PR<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AAA<br>PO BOX 7066<br>SAN JUAN PR 00916-7066 |
| ACEROS DE AMERICA<br>PO BOX 363273<br>San Juan PR 00936-3273 | ACESCO CARIBE<br>PO BOX<br>Catano PR 00963-0066 | AEE<br>PO BOX 363508<br>SAN JUAN PR 00936-3508 |
| AIR MASTER AWNING<br>PO BOX 2097<br>BARCELONETA PR 00617-2097 | AKZO NOBEL PAINTS LL<br>630 CALLE FERIA 65TH INFANTRY AVE KM13 4<br>CAROLINA PR | ALWEST INDUSTRIES<br>PO BOX 7544<br>Ponce PR 00732-7544 |
| ANTILLES BRANDS, INC.<br>PO BOX 4829<br>Carolina PR 00984-4829 | APOLLO DISTRIBUTORS<br>HC 01 BOX 5117<br>RINCON PR 00677-8847 | Alex Lucena Martinez<br>PO BOX 636<br>LAJAS PR 00667-0636 |
| BANCO POPULAR<br>PO BOX 71375<br>San Juan PR 00936-8475 | BARNETT INC<br>PO BOX 404295<br>ATLANTA GA 30384-4295 | CASTELL EXPORT CORP<br>PO BOX 364088<br>San Juan PR 00936-4088 |
| CEMEX DE PUERTO RICO<br>PO BOX 364487<br>San Juan PR 00936-4487 | CHINA REY<br>MILAVILLE CORAZON 11<br>San Juan PR 00926 | COMERCIAL DON BENJA<br>HC-03 BOX 27150<br>Lajas PR 00667-9696 |
| CONSPRO CORP<br>PO BOX 361628<br>San Juan PR 00936-1628 | COOPERATIVA A/C LAJAS<br>PO BOX 589<br>Lajas PR 00667-0589 | CRIM<br>PO BOX 195387<br>San Juan PR 00919-5387 |
| CRIM MAYAGUEZ<br>52 SUR CALLE MARTINEZ NADAL<br>Mayaguez PR 00680-4911 | DANTZLER INC<br>C/O MILTON PORTALATIN ESQ<br>PO BOX 9021803<br>SAN JUAN PR 00902-1803 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9022501<br>DIVISION DE QUIEBRAS<br>San Juan PR 00902-2501 |
| DUR-O-MATIC OF PUERTO RICO<br>PO BOX 2008<br>San Juan PR 00936 | EST HARDWARE<br>PO BOX 1409<br>Bayamon PR 00960-1409 | Frances M. Irizarry Arroyo<br>PO BOX 117<br>LAJAS PR 00667-0117 |

```
GULF LUMBER INC                           HARDWARE PLUS, INC.                    (p)INTERNAL REVENUE SERVICE
MILTON PORTALATIN                         PO BOX 10773                           CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 9021803                            San Juan PR 00922-0773                 PO BOX 7346
SAN JUAN PR 00902-1803                                                           PHILADELPHIA PA 19101-7346


JD INDUSTRIES, INC.                       Jaime Velez Garcia                     Jaime Velez Morales
CALLE CEDRO SUR EA-9 URB SANTA JUANITA    PO BOX 1359                            PO BOX 1359
Bayamon PR 00956-5202                     LAJAS PR 00667-1359                    LAJAS PR 00667-1359


Jose A Vilanova Hernandez                 Julio M Perez Torres                   LANCO MANUFACTURING
PO Box 117                                PO BOX 988                             URB APONTE NUM 5
Lajas PR 00667-0117                       LAJAS PR 00667-0988                    SAN LORENZO PR 00754-3003


LAUSELL ALUMINUM                          Luis Rodriguez Martinez                MANUEL FREIJE ARCE
PO BOX 938                                PO BOX 1489                            CALL BOX 1904
Bayamon PR 00960-0938                     LAJAS PR 00667-1489                    Toa Baja PR 00950-1994


MASTER PRODUCTS CO                        MAX CHEMICAL, INC.                     METAL PRODUCTS CORP
#425 CARR693 PMB 240                      PO BOX 363841                          CORUJO IND PARK LOTE BO HATO TEJAS
Dorado PR 00646-4802                      San Juan PR 00936-3841                 Bayamon PR 00961


METALARTE, inc.                           MIPAD DE PR, INC.                      MUNICIPIO DE LAJAS
Carr 153 Km 12.1 Bo San Idelfonso         PO BOX 2330                            PO BOX 910
Coamo PR 00769                            Guaynabo PR 00970-2330                 OFICINA DE FINANZAS
                                                                                 Lajas PR 00667-0910


OCHOA HARDWARE CO                         ORGILL, INC                            PR WOOD TREATING INDUSTRIES INC
PO BOX 366242                             PO BOX 1000 DEPT 7                     PO BOX 29192
San Juan PR 00936-6242                    Memphis TN 38148-0001                  SAN JUAN PR 00929-0192


PUERTO RICO WOOD TREATING INDUSTRIES INC  RAFAEL J NIDO                          Robinson Martinez Sanabria
MILTON PORTALATIN ESQ                     PO BOX 11978                           HC 3 BOX 19449
PO BOX 9021803                            San Juan PR 00922-1978                 LAJAS PR 00667-9668
SAN JUAN PR 00902-1803


Rosa N Morales Colome                     SANZ TROPICAL MFG,                     (p)SPRINT NEXTEL CORRESPONDENCE
PO BOX 1572                               BOX 535                                ATTN BANKRUPTCY DEPT
LAJAS PR 00667-1572                       Cabo Rojo PR 00623-0535                PO BOX 7949
                                                                                 OVERLAND PARK KS 66207-0949


Synchrony Bank                            TILE INTERNATIONAL CO                  TOLEDO & CO. INC
c/o of Recovery Management Systems Corp   HC-02 BOX 11270                        PO BOX 915
25 S.E. 2nd Avenue, Suite 1120            Humacao PR 00791-9308                  Dorado PR 00646-0915
Miami, FL 33131-1605
```

| | | |
|---|---|---|
| VASALLO<br>1000 CARR 506<br>Coto Laurel PR 00780-2935 | Wilfredo M. Irizarry Arroyo<br>PO BOX 117<br>LAJAS PR 00667-0117 | ELBIA A VAZQUEZ DAVILA<br>CALLE PRINCIPAL NUM 21<br>URB EL RETIRO<br>SAN GERMAN, PR 00683-4480 |
| LUZ ENIEDA MORALES LOPEZ<br>PO BOX 117<br>LAJAS, PR 00667-0117 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | NOEMI LANDRAU RIVERA<br>CHAPTER 7 TRUSTEE<br>PO BOX 270219<br>SAN JUAN, PR 00928-3019 |
| PEDRO BETANCOURT DIAZ<br>URB. COUNTRY CLUB<br>971 CALLE HALCON<br>SAN JUAN, PR 00924-2344 | WILFREDO IRIZARRY PAGAN<br>PO BOX 117<br>LAJAS, PR 00667-0117 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia PA 19114-0326 | SPRINT<br>PO BOX 219554<br>Kansas City MO 64121-9554 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Banco Popular de Puerto Rico Special Loan<br>(As Purchaser of Westernbanks Assets)<br>Migdalia Effie Guasp, Esq.<br>Special Loans Department (733)<br>P.O. Box 362708, San Juan, P.R. 00936-27 | (u)HERIBERTO IRIZAARRY | (u)IBER LUMBER, INC.<br>PO BOX 11657 |

End of Label Matrix
Mailable recipients  67
Bypassed recipients   3
Total                70